UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :     NOTICE OF INTENT TO
                                         FILE AN INFORMATION
        - v. -                     :

ALEX RABINOVICH,                   :     08 Cr.

                                   :
        Defendant.
                                         **08 CRIM 220**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: New York, New York
       February 27, 2008

                                MICHAEL J. GARCIA
                                United States Attorney


                        By:     _____
                                David M. Siegal
                                Assistant United States Attorney


                        AGREED AND CONSENTED TO:

                        By:     _____
                                Salvatore Strazzullo, Esq.
                                Attorney for Alex Rabinovich

[SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 2/27/08]