UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          **08 CRIM 220**

  -v-                                                    :

ALEX RABINOVICH,                          :        08 Cr.     (DC)

                         Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        ALEX RABINOVICH, the above-named defendant, who is accused of violating Title 15, United States Code, Sections 78j(b) and 78ff, Title 17, Code of Federal Regulations, Section 240.10b-5, and Title 18, United States Code, Section 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        March 14, 2008

*JUDGE CHIN*

ELECTRONICALLY FILED
FILED: MAR 1 4 2008