**MEMORANDUM**

TO:   HONORABLE Denny Chin
      U.S. District Court Judge

FROM: **Michael Fitzpatrick, Chief**
      Pretrial Services Officer

**MEMO ENDORSED**

RE: Alex Rabinovich
DOCKET # 08 CR 220

*[Stamps: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 3/20/2008; RECEIVED MAR 19 2008 JUDGE CHIN'S CHAMBERS]*

The attached memorandum was prepared by Pretrial Services Officer

| John Moscato | 212-805-4120 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]   My office will inform all parties concerned that I will conduct a Bail Review Hearing in

   Courtroom # _____ on _____ at _____ .
                         Date              Time

[ ]   So Ordered:_____

[ ]   I request that a Bail Review Hearing be conducted by:

   [ ]   The presiding Magistrate Judge in courtroom # 5A.

   [ ]   The District Court Judge presiding in Part I.

   [ ]   _____ at his/her earliest convenience.
              Judicial Officer

*[Handwritten: There being no objection, the requested modification is Granted. /s/ DPT 3/20/08]*

PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Southern District of New York

U.S.A. vs. Rabinovich    Docket No. 08 CR 220

**Petition for Action on Conditions of Pretrial Release**

COMES NOW ___John Moscato___ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant ___Alex Rabinovich___ who was placed under pretrial release supervision by the Honorable ___Henry B. Pitman___ sitting in the court at ___500 Pearl Street___, ___NY___ date ___April 25___, ___2008___ under the following conditions:

$25,000 Personal recognizance bond, cosigned by one financially responsible persons, surrender travel documents, no new applications, travel restricted to the SD/EDNY, D/NJ and the ED/PA, and regular Pretrial Services supervision.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

During the defendant's post-bail interview, the defendant advised Pretrial Services that he suffers from a drug problem that includes the abuse of numerous prescription drugs, including Vicodin, Oxycontin, and Percocet. In addition, the defendant advised that he smokes marijuana and has used other illegal drugs in the past. As a result of these statements, Pretrial Services requests that his bail be modified to include strict PSA supervision with drug testing and treatment as deemed necessary by PSA. The defendant's attorney, Steven Strazzulo, advised that he does not object to the proposed modification. Pretrial Services also contacted AUSA, David Siegal, and he stated that he does not object.

PRAYING THAT THE COURT WILL ORDER

Routine supervision be modified to strict supervision with drug testing and treatment

ORDER OF COURT

Considered and ordered this 20th day of March, 2008 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/17/08

_____
U.S. Pretrial Services Officer

Place 233 BROADWAY, NYC, NY 10279