UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

   -v-                              :   ORDER

ALEX RABINOVICH,                    :   08 Cr. 220 (DC)

                       Defendant.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2008

WHEREAS, with the consent of ALEX RABINOVICH, the defendant, his guilty plea allocution was taken before Magistrate Judge Henry B. Pitman, on March 14, 2008;

WHEREAS, a transcript of the allocution was made; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea; and

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated: New York, New York
      April 3, 2006

                                           DENNY CHIN
                                           UNITED STATES DISTRICT JUDGE